Richard A. Dillenburg, Esq.
Arizona Bar # 013813
**RICHARD A. DILLENBURG, P.C.**
2173 E. Warner Rd., Ste. 101
Tempe, AZ 85284-3503
(480) 668-1924
rich@dillenburglaw.com

Lauren M. Rule, *pro hac vice*
Oregon Bar # 015174
Andrew R. Missel, *pro hac vice*
Oregon Bar # 181793
**ADVOCATES FOR THE WEST**
3701 SE Milwaukie Ave., Ste. B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
amissel@advocateswest.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neighbors of the Mogollon Rim, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> United States Forest Service; <br> United States Fish and Wildlife Service, <br><br> Defendants. | No. <br><br> **NOTICE OF RELATED CASE** |

### NOTICE OF RELATED CASE

Pursuant to Local Rule of Civil Procedure 3.7(a)(2), Plaintiff gives notice that this case is related to a case previously filed in this Court that was voluntarily dismissed. The

related case is: *Neighbors of the Mogollon Rim, Inc. v. U.S. Forest Serv.*, Case No. CV-18-01111-PHX-DLR (alternative numbering: 2:18-cv-01111-DLR). That case was originally assigned to Magistrate Judge Michelle H. Burns, but was reassigned to Judge Douglas L. Rayes pursuant to Local Rule of Civil Procedure 3.7(b). The case was voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(2) on October 11, 2018. ECF No. 29, 31. That case is related to this newly-filed case because the cases involve similar claims concerning the same land, share the same plaintiff, and have one defendant in common. *See* LRCiv 3.7(a)(2).

Dated: February 12, 2020

Respectfully submitted,

/s/Richard A. Dillenburg
Richard A. Dillenburg, Esq.
Arizona Bar # 013813
**RICHARD A. DILLENBURG, P.C.**
2173 E. Warner Rd., Ste. 101
Tempe, AZ 85284-3503
(480) 668-1924
rich@dillenburglaw.com

/s/ Lauren M. Rule
Lauren M. Rule
Oregon Bar # 015174
Andrew R. Missel
Oregon Bar # 181793
**ADVOCATES FOR THE WEST**
3701 SE Milwaukie Ave., Ste. B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
amissel@advocateswest.org

*Attorneys for Plaintiff*