IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

|  |  |
|---|---|
| **Neighbors of the Mogollon Rim, Inc.**,<br><br>            Plaintiff,<br><br>        v.<br><br>**United States Forest Service; United States Fish and Wildlife Service**,<br><br>            Federal Defendants. | No. 2:20-cv-00328-PHX-DLR<br><br>**[PROPOSED] ORDER REMOVING CASE FROM MIDP** |

   THIS MATTER came before the Court on the Parties' March 24, 2020 Joint Motion to Remove Case from MIDP.  The Court finds that the Joint Motion is well-taken and GRANTS the Parties' request to remove this case from the MIDP.

   This is an action for review on an administrative record that is exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i), and thus is not subject to the MIDP.  Therefore, IT IS ORDERED that the Clerk of the Court shall remove this case from the MIDP.