IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neighbors of the Mogollon Rim Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>    Defendants. | No. CV-20-00328-PHX-DLR<br><br>**SCHEDULING ORDER** |

On May 28, 2020, the parties submitted their Joint Rule 26(f) Report (Doc. 22). After review of the proposed case management plan, the Court adopts the parties proposed deadlines and incorporates them here. Accordingly;

**IT IS HEREBY ORDERED:**

1. <u>Deadline for Joining Parties, and Amending Pleadings</u>.  Motions to join parties or for leave to amend pleadings shall be filed by **August 14, 2020**.

2. <u>Administrative Record</u>.

   a. Federal Defendants will lodge the Forest Service's AR with the Court on thumb drives, DVDs, and/or CDs in PDF format on or before Friday, **June 26, 2020**. Federal Defendants will lodge the Fish and Wildlife Service's AR with the Court on thumb drives, DVDs, and/or CDs in PDF format on or before Friday, **July 24, 2020**.

   b. Plaintiff will inform Federal Defendants of any objections to either AR on or before Friday, **August 14, 2020**.

c. Plaintiff and Federal Defendants will engage in good-faith efforts to resolve any of Plaintiff's objections to the ARs on or before Friday, **August 21, 2020**.

d. Plaintiff will file any motion challenging the sufficiency of either AR or seeking leave to submit extra-record evidence (other than standing declarations) on or before Friday, **August 28, 2020**. Any disputes regarding the scope, sufficiency, or content of the Administrative Records not raised during consultation of the Parties and by Motion by this deadline will be deemed to have been waived. This waiver does not apply to any objections that Plaintiff may have to any supplementation or completion of the Administrative Records that Federal Defendants may produce after the deadline for Plaintiff's motion, and that are not otherwise agreed to by the Parties.

3. <u>Motions for Summary Judgment</u>.

a. Plaintiff will file its motion for summary judgment, memorandum in support, statement of material facts, and standing declaration(s) on or before Friday, **September 11, 2020**, or, if there are any motions challenging the sufficiency of the records or motions for leave to submit extra-record evidence, **4 weeks** after the Court resolves those challenges. Plaintiff's summary judgment motion and memorandum will not exceed **35 pages** combined (not including the separate statement of facts). Any claims not raised in Plaintiff's opening summary judgment motion and memorandum will be deemed to have been waived.

b. Federal Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment, along with a statement of facts, on or before Friday, **October 23, 2020**, or **6 weeks** after Plaintiff's motion for summary judgment is filed. Federal Defendants' combined cross-motion and opposition will not exceed **35 pages** (not including the statement of facts).

      c.      Plaintiff will file its combined reply in support of its motion for summary judgment and opposition to Federal Defendants' cross-motion for summary judgment on or before Friday, **November 20, 2020**, or **4 weeks** after Federal Defendants' cross-motion for summary judgment is filed. Plaintiffs' reply will not exceed **25 pages**. The Parties agree that it is generally not appropriate to raise new issues in summary judgment reply briefs that were not raised in the summary judgment opening briefs, or that are not responsive to arguments raised in the opposing party's summary judgment response briefs.

      d.      Federal Defendants will file their reply in support of their cross-motion for summary judgment on or before Friday, **December 18, 2020**, or **4 weeks** after Plaintiff's reply is filed. Federal Defendants' reply will not exceed **25 pages**. The Parties agree that it is generally not appropriate to raise new issues in summary judgment reply briefs that were not raised in the summary judgment opening briefs, or that are not responsive to arguments raised in the opposing party's summary judgment response briefs.

If the Court rules in Plaintiff's favor on one or more of Plaintiff's claims on the merits, the parties will confer and propose a briefing schedule for remedy within 14 days of the Court's ruling.

4.    <u>The Deadlines Are Real</u>. The parties are advised that the Court intends to enforce the deadlines set forth in this order, and they should plan their litigation activities accordingly. The Court will not extend the case processing deadlines because the parties wish to avoid litigation expense if and when they elect to pursue settlement efforts, including a settlement conference before a magistrate judge.

5.    <u>Dismissal for Failure to Meet Deadlines of This Order or of the Rules</u>. The parties are warned that failure to meet any of the deadlines in this order or in the Federal Rules of Civil Procedure without substantial justification may result in sanctions, **including dismissal of the action or entry of default.**

6. <u>Requirement for Paper Courtesy Copies</u>. Pursuant to Section II.D.3 of the Electronic Case Filing Administrative Policies and Procedures Manual, a paper courtesy copy of dispositive motions and responses and replies thereto and any document exceeding 10 pages in length shall be either post-marked and mailed directly to the judge or hand-delivered to the judge's mail box located in the courthouse the next business day after the electronic filing. A copy of the face page of the Notice of Electronic Filing shall be appended to the last page of the courtesy copy. Courtesy copies of documents too large for stapling must be bound with a metal prong fastener at the top center of the document or submitted in three-ring binders. If courtesy copies are not delivered within three days of the file date, the court may strike the pleading summarily for failure to follow court rules and this order.

Dated this 29th day of May, 2020.

Douglas L. Rayes
United States District Judge