PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

EMMA L. HAMILTON
(CA Bar No. 325360)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0479
Fax: (202) 305-0506
emma.hamilton@usdoj.gov

ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, NM 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neighbors of the Mogollon Rim, Inc., | No. CV-20-00328-PHX-DLR |
| Plaintiff, | |
| vs. | **FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO LODGE THE ADMINISTRATIVE RECORD** |
| United States Forest Service and United States Fish and Wildlife Service, | |
| Federal Defendants. | |

Pursuant to this Court's May 29, 2020 Scheduling Order, ECF No. 25, Federal Defendants must lodge the Forest Service's administrative record with the Court by June 26, 2020.  The Forest Service has worked diligently to compile the record, but during a last-minute quality assurance check discovered that some documents were missing, requiring the Forest Service to re-check all the documents previously compiled and reproduce the administrative record.  Federal Defendants thus respectfully request that the Court extend this deadline until July 7, 2020, to ensure that the Forest Service has adequate time to re-recheck and compile the complete administrative record. Undersigned counsel for Federal Defendants conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

Dated:  June 25, 2020                      Respectfully submitted,

PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
(CA Bar No. 325360)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0479
Fax: (202) 305-0506
emma.hamilton@usdoj.gov

ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607

Albuquerque, NM 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*